IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BLANCA R. LORENZO,<br><br>Plaintiffs,<br><br>vs.<br><br>WEIS MARKETS, INC., ABC Corporation<br><br>Defendant. | NO: |

## NOTICE OF REMOVAL OF DEFENDANT
## WEIS MARKETS, INC.

1. This matter arises from an alleged slip and fall in Weis Markets, Inc. store, located at 121 Water Street, Newton, New Jersey. A true and correct copy of Plaintiff's Complaint and Amended Complaint are attached hereto. (Exhibit A).

2. Plaintiff Blanca R. Lorenzo alleges numerous personal injuries as a result of the slip and fall incident. (Exhibit A).

3. At the time of the filing of the underlying Complaints and at the present time, Plaintiff, Blanca R. Lorenzo, was a citizen of New Jersey, domiciled in Sussex County, New Jersey. (Exhibit A).

4. Pursuant to 28 U.S.C. § 1332 (c)(1), a corporation shall be deemed to be a citizen of any State by which it has been incorporated and of the State where it has its principal place of business.

5. At the time of the filing of the underlying Complaint and at the present time, Defendant Weis Markets, Inc., is a citizen of Pennsylvania, being a corporation organized under

the laws of the State of Pennsylvania, and having its principal place of business in Sunbury, Pennsylvania.

6. The citizenship of the parties is diverse as Plaintiff is a citizen of New Jersey and Defendant Weis Markets, Inc., is a citizen of Pennsylvania.

7. Plaintiff initially filed this action in the Superior Court of New Jersey – Sussex County on May 21, 2015.

8. Plaintiff originally served Defendant Weis Markets, Inc., with the Complaint on June 8, 2015. (Exhibit A, Complaint with service of process notice).

9. Defendant Weis Markets, Inc., timely files for removal of the matter to this District, within thirty (30) days of service of the Plaintiff's Complaint.

10. Plaintiff's Complaint and Amended Complaint assert claims against Defendant Weis Markets, Inc., for allegedly causing Plaintiff to fall on a hazardous condition at the subject premises. (Exhibit A).

## Basis for Removal to Federal Court

11. A defendant may remove a civil action filed in state court if the federal court would have had original jurisdiction to address the matter. See 28 U.S.C. § 1441.

12. Jurisdiction is proper in federal district court where the action involves citizens of different states and an amount in controversy, exclusive of interest and costs, in excess of $75,000. See 28 U.S.C. § 1332.

13. The defendant's right to remove is to be determined according to the plaintiff's pleading at the time of the notice for removal. See Meritcare Inc. v. St. Paul Mercury Ins. Co., 166 F.3d 214, 222 (3d Cir. 1999).

14. A defendant desiring to remove any civil action from a state court shall file in the district court of the United States for the district and division within which such action is pending a notice of removal signed pursuant to Rule 11 of the Federal Rules of Civil Procedure, which contains a short and plain statement of the grounds for removal, together with a copy of all process, pleadings, and orders served upon such defendant in such action. See 28 U.S.C. § 1446 (a).

15. The diversity of citizenship requirement under 28 U.S.C. § 1332 has been met as there is complete diversity in this litigation.

16. Upon information and belief, the demand for damages is in excess of $75,000, thus satisfying the amount in controversy requirement.

17. Plaintiff's Complaint and Amended Complaint are open-ended and fail to specify a specific damage amount; thus, the Court must perform an independent appraisal of the value of the claim by considering the facts averred in the petition for removal and any other relevant evidence. See Elghali v. Johnson 2008 U.S. Dist. LEXIS 37704 (D.N.J. May 8, 2008) (citing Russ v. Unum Life Ins. Co., 442 F. Supp. 2d 193 (D.N.J. 2006)).

18. Upon information and belief, Plaintiff suffered injuries to her back and right knee, which required surgery. In her Amended Complaint, Plaintiff claims that a number of the injuries are "severe, serious and permanent." Further, it is alleged that Plaintiff was forced to incur medical expenses in the care at treatment of said injuries. (Exhibit A).

19. As such, the allegations set forth in Plaintiff's Complaint and Amended Complaint, if proven true in their entirety, would likely be in excess of $75,000.

20. Defendant Weis Markets, Inc., timely files this Notice of Removal.

**WHEREFORE**, pursuant to 28 U.S.C. §§ 1441 <u>et seq.</u>, Defendant Weis Markets, Inc., respectfully requests that the above-captioned matter now pending in the Superior Court of New Jersey – Sussex County be removed to the United States District Court for the District of New Jersey.

                                      **POST & SCHELL, P.C.**

                                      BY: _____

                                      **MARK G. MATERNA, ESQ.**

Dated: July 7, 2015                   Attorneys for Defendant,
                                      Weis Markets, Inc.
                                        Overlook Center—2nd Floor
                                        100 Overlook Drive
                                        Princeton, NJ 08540
                                        (609) 375-2353

## CERTIFICATE OF SERVICE

Mark G. Materna, Attorney for Defendant Weis Markets, Inc., certifies that on this 8th day of July, 2015, he caused the attached Notice of Removal to be electronically filed with the Court. Service of same has been made upon counsel via First Class, U.S. mail:

Francis M. Smith, Esquire
928 Mountain Avenue
P.O. Box 1400
Mountainside, NJ 07092

Post & Schell, P.C.

DATED: July 8, 2015

By _____
Mark G. Materna Esq.
Overlook Center—2nd Floor
100 Overlook Drive
Princeton, NJ 08540
Phone: (609) 375-2353
Fax: (609) 924-4144
E-mail: mmaterna@postschell.com
Attorneys for Defendant,
Weis Markets, Inc.

EXHIBIT "A"

**Betty Fabrizio**

| | |
|---|---|
| **From:** | WSP Server <DBSServer@dbsinfo.net> on behalf of Status, LLC <info@simplystatus.com> |
| **Sent:** | Thursday, June 11, 2015 8:35 AM |
| **To:** | Betty Fabrizio |
| **Subject:** | STS Status on NA (WEIS MARKETS, INC.) |

To: FRANCIS M SMITH, ESQ.

This is an automated message relating to:
  Our Job Number: 2015020807
  Your Reference Number: NA
  Party to be Served: WEIS MARKETS, INC.
  Case Info: New Jersey Sussex SSX-L-325-15
    BLANCA R. LORENZO vs.
    WEIS MARKETS, INC., ET AL

Recipient was SERVED on Jun 8 2015 12:30PM
Type of Service: CORPORATE

Documents: Summons, Complaint, Jury Demand, Designation of Trial Counsel, Certification, CIS, Track Assignment Notice and Lawyers Referral List

Original Service Address: WEIS MARKETS, INC., 121 WATER STREET, NEWTON, NJ 07860

Service Details: served a CORPORATION by delivering a true copy of the Summons, Complaint, Jury Demand, Designation of Trial Counsel, Certification, CIS, Track Assignment Notice and Lawyers Referral List with the date and hour of service endorsed thereon by me, to: JEFFERY NORTON as AGENT/MANAGING AGENT for WEIS MARKETS, INC., at the address of: 121 WATER STREET, NEWTON, NJ 07860, and informed said person of the contents therein, in compliance with state statutes.

Attachments: Link to Affidavit   Link to SIGNED AFF 6/11/15   Link to Invoice

Thank you,
Status, LLC
info@simplystatus.com
Phone: (908) 688-1414

More detailed status is available at www.simplystatus.com

1

FRANCIS M. SMITH, ESQ., P.C.
**Attorney ID#016361976**
928 Mountain Avenue
P.O. Box 1400
Mountainside, New Jersey 07092
(908) 233-5800
Attorney for Plaintiff, Blanca Rosa Lorenzo Vandermeyde

| | |
|---|---|
| BLANCA R. LORENZO | SUPERIOR COURT OF NEW JERSEY |
| | LAW DIVISON: SUSSEX COUNTY |
| | Docket No. SSX-L-325-15 |
| Plaintiffs, | |
| vs. | Civil Action |
| WEIS MARKETS, INC., ABC Corporation I-X and John Does I-X, | SUMMONS |
| Defendants. | |

**From The State of New Jersey, To The Defendant(s) Named Above:**

**WEIS MARKETS, INC.**

The plaintiff, named above, has filed a lawsuit against you in the Superior Court of New Jersey. The complaint attached to this summons states the basis for this lawsuit. If you dispute this complaint, you or your attorney must file a written answer or motion and proof of service with the deputy clerk of the Superior Court in the county listed above within 35 days from the date you received this summons, not counting the date you received it. (The address of each deputy clerk of the Superior Court is provided.) An $135.00 filing fee payable to the Clerk of the Superior Court and a completed Case Information Statement (available from the deputy clerk of the Superior Court) must accompany your answer or motion when it is filed. You must also send a copy of your answer or motion to plaintiff's attorney whose name and address appear above, or to plaintiff, if no attorney is named above. A telephone call will not protect your rights; you must file and serve a written answer or motion (with fee and completed Case Information Statement) if you want the Court to hear your defense.

If you do not file and serve a written answer or motion within 35 days, the court may enter a judgment against you for the relief plaintiff demands, plus interest and costs of suit. If judgment is entered against you, the Sheriff may seize your money, wages or property to pay all or part of the judgment.

If you cannot afford an attorney, you may call the Legal Services office in the county where you live. A list of these offices is provided. If you do not have an attorney and are eligible for free legal assistance, you may obtain a referral to an attorney by calling one of the Lawyer Referral Services. A list of these numbers is also provided.

Dated: June 2, 2015

**MICHELLE SMITH**
Clerk of the Superior Court

Name of defendant to be served:     **Weis Markets, Inc.**

Address for service:     **121 Water Street**
**Newton, NJ 07860**

RECEIVED & FILED

MAY 21 2015

Sussex County LAW Division

FRANCIS M. SMITH, ESQ., P.C.
**Attorney ID#016361976**
928 Mountain Avenue
P.O. Box 1400
Mountainside, New Jersey 07092
(908) 233-5800
Attorney for Plaintiff, Blanca Rosa Lorenzo Vandermeyde

| | |
|---|---|
| BLANCA R. LORENZO<br><br>Plaintiffs,<br>vs.<br><br>WEIS MARKETS, INC.,<br>ABC Corporation I-X and<br>John Does I-X,<br><br>Defendants. | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISON: SUSSEX COUNTY<br>Docket No: SX-L-325-15<br><br>Civil Action<br><br>**COMPLAINT AND JURY DEMAND** |

Plaintiff, Blanca R. Lorenzo, residing in the Township of Lafayette, County of Sussex and State of New Jersey, complaining of defendant herein, states:

### FIRST COUNT

1. On or about 8th day of October, 2013, plaintiff, Blanca R. Lorenzo, was on premises owned, operated, maintained and controlled by defendants, or one of them.

2. At the time and place aforesaid, defendants so negligently owned, operated and maintained their premises so as to cause the plaintiff to fall violently, thereby sustaining injuries.

3. ABC Corporation and John Doe are meant to designate presently unknown entities and persons who owned, operated, maintained or controlled the premises where the plaintiff fell, or were otherwise responsible.

4. As a direct and proximate result of the negligence of defendants in the ownership, operation, maintenance and control of the premises, plaintiff was caused to sustain injuries, was caused to suffer great pain and anguish, and will in the future be caused to suffer pain and anguish, was caused to incur medical expenses and will in the future be caused to incur medical expenses, and was caused to suffer severe, serious and permanent injuries and was otherwise damaged.

WHEREFORE, plaintiff demands judgment against defendants for damages, interest and costs of suit on this First Count.

### JURY DEMAND

PLEASE TAKE NOTICE that the plaintiff, pursuant to Rule 4:35-1, hereby demands a trial by Jury as to all issues.

### DESIGNATION OF TRIAL COUNSEL

PLEASE TAKE NOTICE that pursuant to R. 4:25-4, Francis M. Smith is hereby designated trial counsel.

### CERTIFICATION

I hereby certify that this matter is not the subject matter of any other suit presently pending in any other Court or in any Arbitration proceeding. At this time no other court proceeding or Arbitration proceeding is contemplated.

FRANCIS M. SMITH, P.C.

By: _____
FRANCIS M. SMITH, ESQ.
Attorney for Plaintiff

DATED: May 18, 2015

Appendix XII-B1



# CIVIL CASE INFORMATION STATEMENT
## (CIS)

Use for initial Law Division
Civil Part pleadings (not motions) under *Rule* 4:5-1
**Pleading will be rejected for filing, under *Rule* 1:5-6(c),
if information above the black bar is not completed
or attorney's signature is not affixed**

| FOR USE BY CLERK'S OFFICE ONLY |
|---|
| PAYMENT TYPE: ☐ CK ☐ CG ☐ CA |
| CHG/CK NO. |
| AMOUNT: |
| OVERPAYMENT: |
| BATCH NUMBER: |

| ATTORNEY / PRO SE NAME | TELEPHONE NUMBER | COUNTY OF VENUE |
|---|---|---|
| FRANCIS M. SMITH, ESQ. | (908) 233-5800 | Sussex |

| FIRM NAME (if applicable) | DOCKET NUMBER (when available) |
|---|---|
| FRANCIS M. SMITH, ESQ., P.C. | SSX-L-325-15 |

| OFFICE ADDRESS | DOCUMENT TYPE |
|---|---|
| 928 Mountain Avenue, PO Box 1400<br>Mountainside, NJ 07092 | Complaint |

RECEIVED & FILED
MAY 21 2015
Sussex County Law Division

JURY DEMAND  ☒ YES  ☐ NO

| NAME OF PARTY (e.g., John Doe, Plaintiff) | CAPTION |
|---|---|
| Plaintiff, Blanca R. Lorenzo | Blanca R. Lorenzo v. Weis Markets, Inc., ABC Corporation I-X and John Does I-X |

| CASE TYPE NUMBER<br>(See reverse side for listing)<br>605 | HURRICANE SANDY RELATED?<br>☐ YES  ☒ NO | IS THIS A PROFESSIONAL MALPRACTICE CASE?  ☐ YES  ☒ NO<br>IF YOU HAVE CHECKED "YES," SEE *N.J.S.A.* 2A:53 A -27 AND APPLICABLE CASE LAW REGARDING YOUR OBLIGATION TO FILE AN AFFIDAVIT OF MERIT. |
|---|---|---|
| RELATED CASES PENDING?<br>☐ YES  ☒ NO | IF YES, LIST DOCKET NUMBERS | |
| DO YOU ANTICIPATE ADDING ANY PARTIES<br>(arising out of same transaction or occurrence)?<br>☐ YES  ☒ NO | NAME OF DEFENDANT'S PRIMARY INSURANCE COMPANY (if known)<br>PMA Companies | ☐ NONE<br>☐ UNKNOWN |

**THE INFORMATION PROVIDED ON THIS FORM CANNOT BE INTRODUCED INTO EVIDENCE.**

| CASE CHARACTERISTICS FOR PURPOSES OF DETERMINING IF CASE IS APPROPRIATE FOR MEDIATION |||
|---|---|---|
| DO PARTIES HAVE A CURRENT, PAST OR RECURRENT RELATIONSHIP?<br>☐ YES  ☒ NO | IF YES, IS THAT RELATIONSHIP:<br>☐ EMPLOYER/EMPLOYEE  ☐ FRIEND/NEIGHBOR  ☐ OTHER (explain)<br>☐ FAMILIAL  ☐ BUSINESS | |
| DOES THE STATUTE GOVERNING THIS CASE PROVIDE FOR PAYMENT OF FEES BY THE LOSING PARTY? | ☐ YES | ☒ NO |

USE THIS SPACE TO ALERT THE COURT TO ANY SPECIAL CASE CHARACTERISTICS THAT MAY WARRANT INDIVIDUAL MANAGEMENT OR ACCELERATED DISPOSITION
Plaintiff suffered personal injury.

| DO YOU OR YOUR CLIENT NEED ANY DISABILITY ACCOMMODATIONS?<br>☐ YES  ☒ NO | IF YES, PLEASE IDENTIFY THE REQUESTED ACCOMMODATION |
|---|---|
| WILL AN INTERPRETER BE NEEDED?<br>☐ YES  ☒ NO | IF YES, FOR WHAT LANGUAGE? |

I certify that confidential personal identifiers have been redacted from documents now submitted to the court, and will be redacted from all documents submitted in the future in accordance with *Rule* 1:38-7(b).

ATTORNEY SIGNATURE: *[signature]*



# CIVIL CASE INFORMATION STATEMENT
## (CIS)
Use for initial pleadings (not motions) under *Rule* 4:5-1

**CASE TYPES** (Choose one and enter number of case type in appropriate space on the reverse side.)

### Track I - 150 days' discovery
- 151 NAME CHANGE
- 175 FORFEITURE
- 302 TENANCY
- 399 REAL PROPERTY (other than Tenancy, Contract, Condemnation, Complex Commercial or Construction)
- 502 BOOK ACCOUNT (debt collection matters only)
- 505 OTHER INSURANCE CLAIM (including declaratory judgment actions)
- 506 PIP COVERAGE
- 510 UM or UIM CLAIM (coverage issues only)
- 511 ACTION ON NEGOTIABLE INSTRUMENT
- 512 LEMON LAW
- 801 SUMMARY ACTION
- 802 OPEN PUBLIC RECORDS ACT (summary action)
- 999 OTHER (briefly describe nature of action)

### Track II - 300 days' discovery
- 305 CONSTRUCTION
- 509 EMPLOYMENT (other than CEPA or LAD)
- 599 CONTRACT/COMMERCIAL TRANSACTION
- 603N AUTO NEGLIGENCE – PERSONAL INJURY (non-verbal threshold)
- 603Y AUTO NEGLIGENCE – PERSONAL INJURY (verbal threshold)
- 605 PERSONAL INJURY
- 610 AUTO NEGLIGENCE – PROPERTY DAMAGE
- 621 UM or UIM CLAIM (includes bodily injury)
- 699 TORT – OTHER

### Track III - 450 days' discovery
- 005 CIVIL RIGHTS
- 301 CONDEMNATION
- 602 ASSAULT AND BATTERY
- 604 MEDICAL MALPRACTICE
- 606 PRODUCT LIABILITY
- 607 PROFESSIONAL MALPRACTICE
- 608 TOXIC TORT
- 609 DEFAMATION
- 616 WHISTLEBLOWER / CONSCIENTIOUS EMPLOYEE PROTECTION ACT (CEPA) CASES
- 617 INVERSE CONDEMNATION
- 618 LAW AGAINST DISCRIMINATION (LAD) CASES

### Track IV - Active Case Management by Individual Judge / 450 days' discovery
- 156 ENVIRONMENTAL/ENVIRONMENTAL COVERAGE LITIGATION
- 303 MT. LAUREL
- 508 COMPLEX COMMERCIAL
- 513 COMPLEX CONSTRUCTION
- 514 INSURANCE FRAUD
- 620 FALSE CLAIMS ACT
- 701 ACTIONS IN LIEU OF PREROGATIVE WRITS

### Multicounty Litigation (Track IV)
- 271 ACCUTANE/ISOTRETINOIN
- 274 RISPERDAL/SEROQUEL/ZYPREXA
- 278 ZOMETA/AREDIA
- 279 GADOLINIUM
- 281 BRISTOL-MYERS SQUIBB ENVIRONMENTAL
- 282 FOSAMAX
- 285 STRYKER TRIDENT HIP IMPLANTS
- 286 LEVAQUIN
- 287 YAZ/YASMIN/OCELLA
- 288 PRUDENTIAL TORT LITIGATION
- 289 REGLAN
- 290 POMPTON LAKES ENVIRONMENTAL LITIGATION
- 291 PELVIC MESH/GYNECARE
- 292 PELVIC MESH/BARD
- 293 DEPUY ASR HIP IMPLANT LITIGATION
- 295 ALLODERM REGENERATIVE TISSUE MATRIX
- 296 STRYKER REJUVENATE/ABG II MODULAR HIP STEM COMPONENTS
- 297 MIRENA CONTRACEPTIVE DEVICE
- 601 ASBESTOS
- 623 PROPECIA

If you believe this case requires a track other than that provided above, please indicate the reason on Side 1, in the space under "Case Characteristics."

**Please check off each applicable category**  ☐ Putative Class Action  ☒ Title 59

ESSEX COUNTY SUPERIOR COURT
JUDICIAL COMPLEX
47 HIGH ST PLAZA LEVEL
NEWTON          NJ 07060-1738

                              TRACK ASSIGNMENT NOTICE

COURT TELEPHONE NO. (973) 579-1308
COURT HOURS  8:30 AM - 4:30 PM

                    DATE:  MAY 21, 2015
                    RE:    LORENZO V WEIS MARKETS INC
                    DOCKET: ESX L -000325 15

   THE ABOVE CASE HAS BEEN ASSIGNED TO: TRACK 2.

   DISCOVERY IS  300 DAYS AND RUNS FROM THE FIRST ANSWER OR 90 DAYS
FROM SERVICE ON THE FIRST DEFENDANT, WHICHEVER COMES FIRST.

   THE PRETRIAL JUDGE ASSIGNED IS: HON EDWARD V. GANNON

   IF YOU HAVE ANY QUESTIONS, CONTACT TEAM    001
AT (973) 579-0706.

   IF YOU BELIEVE THAT THE TRACK IS INAPPROPRIATE YOU MUST FILE A
CERTIFICATION OF GOOD CAUSE WITHIN 30 DAYS OF THE FILING OF YOUR PLEADING.
   PLAINTIFF MUST SERVE COPIES OF THIS FORM ON ALL OTHER PARTIES IN ACCORDANCE
TO R.4:5A-2.
                    ATTENTION:
                              ATT: FRANCIS M. SMITH
                              SMITH           FRANCIS  M
                              PO BOX 1400
                              928 MOUNTAIN AVE
                              MOUNTAINSIDE    NJ 07092-2707

ECOURT

FRANCIS M. SMITH, ESQ., P.C.
**Attorney ID#016361976**
928 Mountain Avenue
P.O. Box 1400
Mountainside, New Jersey 07092
(908) 233-5800
Attorney for Plaintiff, Blanca Rosa Lorenzo Vandermeyde

| | |
|---|---|
| BLANCA R. LORENZO <br><br> Plaintiffs, <br> vs. <br><br> WEIS MARKETS, INC., <br> ABC Corporation I-X and <br> John Does I-X, <br><br> Defendants. | SUPERIOR COURT OF NEW JERSEY <br> LAW DIVISON: SUSSEX COUNTY <br> Docket No. SSX-L-325-15 <br><br> Civil Action <br><br> **AMENDED** <br> **COMPLAINT AND JURY DEMAND** |

Plaintiff, Blanca R. Lorenzo, residing in the Township of Lafayette, County of Sussex and State of New Jersey, complaining of defendant herein, states:

### FIRST COUNT

1. On or about 8th day of October, 2013, plaintiff, Blanca R. Lorenzo, was a business invitee on premises owned, operated, maintained and controlled by the defendant, Weis Markets, Inc., at 121 Water Street, Newton, New Jersey.

2. At the time and place aforesaid, the plaintiff was caused to slip and fall where bottled water was displayed for sale, due to what was believed to be water on the floor.

3. The defendant knew or should have known of a dangerous condition on their premises, failed to provide a safe place to shop to the plaintiff, failed to inspect for foreseeable dangerous conditions, engage in a mode of

operation resulting in the dangerous condition, and so negligently, owned, operated and maintained their premises so as to cause the plaintiff to fall violently, sustaining injuries.

4. ABC Corporation and John Doe are meant to designate presently unknown entities and persons who owned, operated, maintained or controlled the premises where the plaintiff fell, or were otherwise responsible for the condition of the premises.

5. As a direct and proximate result of the negligence of defendants in the ownership, operation, maintenance and control of the premises, plaintiff was caused to sustain injuries, was caused to suffer great pain and anguish, and will in the future be caused to suffer pain and anguish, was caused to incur medical expenses and will in the future be caused to incur medical expenses, and was caused to suffer severe, serious and permanent injuries and was otherwise damaged.

WHEREFORE, plaintiff demands judgment against defendants for damages, interest and costs of suit on this First Count.

### JURY DEMAND

PLEASE TAKE NOTICE that the plaintiff, pursuant to Rule 4:35-1, hereby demands a trial by Jury as to all issues.

### DESIGNATION OF TRIAL COUNSEL

PLEASE TAKE NOTICE that pursuant to R. 4:25-4, Francis M. Smith is hereby designated trial counsel.

## CERTIFICATION

I hereby certify that this matter is not the subject matter of any other suit presently pending in any other Court or in any Arbitration proceeding. At this time no other court proceeding or Arbitration proceeding is contemplated.

FRANCIS M. SMITH, P.C.

By: _____
FRANCIS M. SMITH, ESQ.
Attorney for Plaintiff

DATED: June 24, 2015

**Appendix XII-B1**



| CIVIL CASE INFORMATION STATEMENT (CIS) Use for initial Law Division Civil Part pleadings (not motions) under *Rule* 4:5-1 **Pleading will be rejected for filing, under *Rule* 1:5-6(c), if information above the black bar is not completed or attorney's signature is not affixed** | FOR USE BY CLERK'S OFFICE ONLY PAYMENT TYPE: ☐CK ☐CG ☐CA CHG/CK NO. AMOUNT: OVERPAYMENT: BATCH NUMBER: |

| ATTORNEY / PRO SE NAME<br>FRANCIS M. SMITH, ESQ. | TELEPHONE NUMBER<br>(908) 233-5800 | COUNTY OF VENUE<br>Sussex |
|---|---|---|
| FIRM NAME (if applicable)<br>FRANCIS M. SMITH, ESQ., P.C. | | DOCKET NUMBER (when available) |
| OFFICE ADDRESS<br>928 Mountain Avenue, PO Box 1400<br>Mountainside, NJ 07092 | | DOCUMENT TYPE<br>Amended Complaint |
| | | JURY DEMAND ■ YES ☐ NO |

| NAME OF PARTY (e.g., John Doe, Plaintiff)<br>Plaintiff, Blanca R. Lorenzo | CAPTION<br>Blanca R. Lorenzo v. Weis Markets, Inc., ABC Corporation I-X and John Does I-X |
|---|---|

| CASE TYPE NUMBER (See reverse side for listing)<br>605 | HURRICANE SANDY RELATED?<br>☐ YES ■ NO | IS THIS A PROFESSIONAL MALPRACTICE CASE? ☐ YES ■ NO<br>IF YOU HAVE CHECKED "YES," SEE *N.J.S.A.* 2A:53 A-27 AND APPLICABLE CASE LAW REGARDING YOUR OBLIGATION TO FILE AN AFFIDAVIT OF MERIT. |
|---|---|---|
| RELATED CASES PENDING?<br>☐ YES ■ NO | IF YES, LIST DOCKET NUMBERS | |
| DO YOU ANTICIPATE ADDING ANY PARTIES (arising out of same transaction or occurrence)?<br>☐ YES ■ NO | NAME OF DEFENDANT'S PRIMARY INSURANCE COMPANY (if known)<br>PMA Companies | ☐ NONE<br>☐ UNKNOWN |

**THE INFORMATION PROVIDED ON THIS FORM CANNOT BE INTRODUCED INTO EVIDENCE.**

| CASE CHARACTERISTICS FOR PURPOSES OF DETERMINING IF CASE IS APPROPRIATE FOR MEDIATION |
|---|
| DO PARTIES HAVE A CURRENT, PAST OR RECURRENT RELATIONSHIP? ☐ YES ■ NO | IF YES, IS THAT RELATIONSHIP: ☐ EMPLOYER/EMPLOYEE ☐ FAMILIAL ☐ FRIEND/NEIGHBOR ☐ BUSINESS ☐ OTHER (explain) |
| DOES THE STATUTE GOVERNING THIS CASE PROVIDE FOR PAYMENT OF FEES BY THE LOSING PARTY? ☐ YES ■ NO |
| USE THIS SPACE TO ALERT THE COURT TO ANY SPECIAL CASE CHARACTERISTICS THAT MAY WARRANT INDIVIDUAL MANAGEMENT OR ACCELERATED DISPOSITION<br>Plaintiff suffered personal injury. |

| ♿ DO YOU OR YOUR CLIENT NEED ANY DISABILITY ACCOMMODATIONS?<br>☐ YES ■ NO | IF YES, PLEASE IDENTIFY THE REQUESTED ACCOMMODATION |
|---|---|
| WILL AN INTERPRETER BE NEEDED?<br>☐ YES ■ NO | IF YES, FOR WHAT LANGUAGE? |

I certify that confidential personal identifiers have been redacted from documents now submitted to the court, and will be redacted from all documents submitted in the future in accordance with *Rule* 1:38-7(b).

ATTORNEY SIGNATURE: *[signature]*

Side 2



# CIVIL CASE INFORMATION STATEMENT
## (CIS)
Use for initial pleadings (not motions) under *Rule* 4:5-1

**CASE TYPES** (Choose one and enter number of case type in appropriate space on the reverse side.)

### Track I - 150 days' discovery
- 151 NAME CHANGE
- 175 FORFEITURE
- 302 TENANCY
- 399 REAL PROPERTY (other than Tenancy, Contract, Condemnation, Complex Commercial or Construction)
- 502 BOOK ACCOUNT (debt collection matters only)
- 505 OTHER INSURANCE CLAIM (including declaratory judgment actions)
- 506 PIP COVERAGE
- 510 UM or UIM CLAIM (coverage issues only)
- 511 ACTION ON NEGOTIABLE INSTRUMENT
- 512 LEMON LAW
- 801 SUMMARY ACTION
- 802 OPEN PUBLIC RECORDS ACT (summary action)
- 999 OTHER (briefly describe nature of action)

### Track II - 300 days' discovery
- 305 CONSTRUCTION
- 509 EMPLOYMENT (other than CEPA or LAD)
- 599 CONTRACT/COMMERCIAL TRANSACTION
- 603N AUTO NEGLIGENCE – PERSONAL INJURY (non-verbal threshold)
- 603Y AUTO NEGLIGENCE – PERSONAL INJURY (verbal threshold)
- 605 PERSONAL INJURY
- 610 AUTO NEGLIGENCE – PROPERTY DAMAGE
- 621 UM or UIM CLAIM (includes bodily injury)
- 699 TORT – OTHER

### Track III - 450 days' discovery
- 005 CIVIL RIGHTS
- 301 CONDEMNATION
- 602 ASSAULT AND BATTERY
- 604 MEDICAL MALPRACTICE
- 606 PRODUCT LIABILITY
- 607 PROFESSIONAL MALPRACTICE
- 608 TOXIC TORT
- 609 DEFAMATION
- 616 WHISTLEBLOWER / CONSCIENTIOUS EMPLOYEE PROTECTION ACT (CEPA) CASES
- 617 INVERSE CONDEMNATION
- 618 LAW AGAINST DISCRIMINATION (LAD) CASES

### Track IV - Active Case Management by Individual Judge / 450 days' discovery
- 156 ENVIRONMENTAL/ENVIRONMENTAL COVERAGE LITIGATION
- 303 MT. LAUREL
- 508 COMPLEX COMMERCIAL
- 513 COMPLEX CONSTRUCTION
- 514 INSURANCE FRAUD
- 620 FALSE CLAIMS ACT
- 701 ACTIONS IN LIEU OF PREROGATIVE WRITS

### Multicounty Litigation (Track IV)
- 271 ACCUTANE/ISOTRETINOIN
- 274 RISPERDAL/SEROQUEL/ZYPREXA
- 278 ZOMETA/AREDIA
- 279 GADOLINIUM
- 281 BRISTOL-MYERS SQUIBB ENVIRONMENTAL
- 282 FOSAMAX
- 285 STRYKER TRIDENT HIP IMPLANTS
- 286 LEVAQUIN
- 287 YAZ/YASMIN/OCELLA
- 288 PRUDENTIAL TORT LITIGATION
- 289 REGLAN
- 290 POMPTON LAKES ENVIRONMENTAL LITIGATION
- 291 PELVIC MESH/GYNECARE
- 292 PELVIC MESH/BARD
- 293 DEPUY ASR HIP IMPLANT LITIGATION
- 295 ALLODERM REGENERATIVE TISSUE MATRIX
- 296 STRYKER REJUVENATE/ABG II MODULAR HIP STEM COMPONENTS
- 297 MIRENA CONTRACEPTIVE DEVICE
- 601 ASBESTOS
- 623 PROPECIA

If you believe this case requires a track other than that provided above, please indicate the reason on Side 1, in the space under "Case Characteristics."

**Please check off each applicable category**   ☐ Putative Class Action   ☐ Title 59