# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| BLANCA R. LORENZO | : | |
| | : | Civil  Action No. 15-5326 (SDW) |
| Plaintiff (s) | : | |
| | : | |
| v. | : | |
| | : | ORDER OF DISMISSAL |
| WEIS MARKETS, INC., ET AL. | : | |
| | : | |
| Defendant(s) | : | |
| _____ | : | |

It has been reported to the Court that the above-captioned matter has been settled,

**It is on this 3RD day of May, 2016**

**ORDERED** that this action is hereby dismissed without  prejudice and without costs,

subject to the right of the parties upon good cause shown within **60 days**, to reopen the action if the

settlement is not consummated.  The terms of the settlement agreement are incorporated herein by

reference and the Court shall retain jurisdiction over the settlement agreement to enforce its terms.

**/s/ Susan D. Wigenton**
UNITED STATES DISTRICT JUDGE